**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Yhine HINES, a/k/a Itty, Defendant–Appellant.**

**No. 11–7494.**

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 9, 2012.

Decided: Feb. 14, 2012.

Yhine Hines, Appellant Pro Se. Peter Sinclair Duffey, Robert E. Trono, Assis-

tant United States Attorneys, David Novak, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yhine Hines appeals the district court's order denying his motion to alter or amend judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hines,* No. 3:01–cr–00304–JRS–8 (E.D.Va. Oct. 20, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*